UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARL BALDWIN, JR.,

     Plaintiff,

v.                                                                            Case No: 5:25-cv-627-JSS-PRL

PATRIOT SUPPLY STORE, INC.,

     Defendant.

_____/

## ORDER TO SHOW CAUSE

Upon review, Defendant has failed to comply with the court's Order of October 8, 2025 (Dkt. 4) directing counsel to file a Disclosure Statement within fourteen (14) days of an appearance in the case.

Therefore, it is **ORDERED** that Patriot Supply Store, Inc. shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order.  Failure to comply with this Order may result in the entry of default or other appropriate sanctions without further notice.

**ORDERED** in Orlando, Florida, on December 1, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record