**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO. 5:25-cv-627-JSS-PRL

CARL BALDWIN JR., individually and on
behalf of all others similarly situated,

        Plaintiff,

   v.

PATRIOT SUPPLY STORE, INC.,

        Defendant.

_____
__/

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle as to Plaintiff's individual claims. Plaintiff asks the Court to vacate all pending deadlines and request sixty (60) days to finalize the settlement and submit a stipulation of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

[*Remainder of Page Intentionally Blank – Signatures on Following Page*]

Dated: December 1, 2025

*/s/Christopher Gold*
Christopher Gold, Esq.
FBN: 088733
**GOLD LAW, P.A.**
350 Lincoln Road, 2nd Floor
Miami Beach, Florida 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

*/s/Garrett Berg*
Garrett Berg, Esq.
FBN: 1000427
**GARRETT BERG LAW, P.A.**
555 NE 15th Street, PH A
Miami, Florida 33132
Tel: 305-298-2253
garrett@gberglegal.com

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system and will serve via email on all counsel of record.

*/s/Christopher Gold*
Christopher Gold, Esq.