UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARL BALDWIN, JR.,

    Plaintiff,

v.                                                                    Case No: 5:25-cv-627-JSS-PRL

PATRIOT SUPPLY STORE, INC.,

    Defendant.

_____/

## **ORDER**

The court has received notice that the parties have reached an agreement to settle this matter. (*See* Dkt. 12.) Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

- 2 -

**ORDERED** in Orlando, Florida, on December 3, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record